United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George Evan Sholl, Jr.  
George Evan Sholl, Jr.  
    Debtors

Case No. 15-14142-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Feb 04, 2020  
                         Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13627694      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 05 2020 02:56:49      Ditech Financial LLC,
       PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone 57709-6154
                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:
           ANN E. SWARTZ    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
           BRENNA HOPE MENDELSOHN    on behalf of Debtor George Evan Sholl, Jr. tobykmendelsohn@comcast.net
           BRENNA HOPE MENDELSOHN    on behalf of Plaintiff George Evan Sholl, Jr. tobykmendelsohn@comcast.net
           CRAIG H. FOX    on behalf of Creditor    Springleaf Funding Trust 2013-B bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
           HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
           JILL MANUEL-COUGHLIN    on behalf of Defendant    Bank of America bankruptcy@powerskirn.com
           JILL MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@powerskirn.com
           LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
           REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
           SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-14142-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| George Evan Sholl, Jr.<br>98 Main Street<br>Strausstown PA 19559 | George Evan Sholl, Jr.<br>MAILING ADDRESS<br>P..O. Box 160<br>Strausstown PA 19559 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/31/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154,<br>Telephone # 888-298-7785 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/06/20

Tim McGrath
**CLERK OF THE COURT**