Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 15-14142-PMM

GEORGE EVAN SHOLL, JR.  
98 MAIN STREET  
STRAUSSTOWN  PA    19559-9559

Petition Filed Date: 06/11/2015  
341 Hearing Date: 08/11/2015  
Confirmation Date: 01/07/2016

Case Status: Completed on 7/13/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $146.00 | | 02/05/2019 | $146.00 | | 03/04/2019 | $146.00 | |
| 04/04/2019 | $146.00 | | 05/06/2019 | $146.00 | | 06/03/2019 | $146.00 | |
| 07/08/2019 | $146.00 | | 08/13/2019 | $146.00 | | 09/09/2019 | $146.00 | |
| 10/10/2019 | $146.00 | 6088792000 | 11/12/2019 | $146.00 | 6088793000 | 12/09/2019 | $146.00 | 6088794000 |
| 01/10/2020 | $146.00 | 6088795000 | 02/10/2020 | $146.00 | 6088796000 | 03/09/2020 | $146.00 | 6088797000 |
| 04/10/2020 | $146.00 | 6088798000 | 05/11/2020 | $146.00 | 6088799000 | 07/13/2020 | $127.04 | 6936665000 |

**Total Receipts for the Period: $2,609.04    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,397.04**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | NEW RESIDENTIAL MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $194.27 | $79.94 | $114.33 |
| 4 | SPECIALIZED LOAN SERVICING LLC<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | SPRINGLEAF FINANCIAL SERVICES<br>»» 001 | Unsecured Creditors | $4,379.38 | $4,379.38 | $0.00 |
| 2 | MENDELSOHN & MENDELSOHN PC<br>»» 002 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 15-14142-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,397.04 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $8,459.32 | Arrearages: | $0.00 |
| Paid to Trustee: | $823.38 | Total Plan Base: | $9,720.73 |
| Funds on Hand: | $114.34 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.