B 283  (Form 283) (04/10)

# UNITED STATES BANKRUPTCY COURT

### Eastern District of Pennsylvania

In re:  George Evan Sholl, Jr _____        Case No.  15-14142-pmm _____
　　　　　　　　Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations* (check no more than one)

　　　　Pursuant to 11 U.S.C. Section 1328(a), I certify that:

　　☑　　I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

　　☐　　I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

　　My current address: _____

　　My current employer and my employer's address:_____

　　_____

*Part III.  Certification Regarding Section 522(q)* (check no more than one)

　　　　Pursuant to 11 U.S.C. Section 1328(h), I certify that:

　　☑　　I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

　　☐　　I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

*Part IV.  Debtor's Signature*

　　　　I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  08/27/2020 _____            /s/ George Evan Sholl, Jr _____
　　　　　　　　Date　　　　　　　　　　　　　　　　　　Debtor

*\*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*