Certificate Number: 20102-PAE-DE-034892189

Bankruptcy Case Number: 15-14142



20102-PAE-DE-034892189

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 17, 2020</u>, at <u>11:00</u> o'clock <u>PM EDT</u>, <u>George Sholl</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 17, 2020</u>         By:   <u>/s/Marcy Walter</u>

Name:   <u>Marcy Walter</u>

Title:   <u>Certified Personal Finance Counsleor</u>