**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 15-14142-PMM |
| GEORGE EVAN SHOLL, JR. § | |
| GEORGE EVAN SHOLL, JR. § | |
| DEBTORS § | |

## NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

**The Bank of New York Mellon, f/k/a The Bank of New York, as successor Indenture Trustee to JPMorgan Chase Bank, N.A., as Indenture Trustee for the CWABS Revolving Home Equity Loan Trust, Series 2004-I**
**c/o Specialized Loan Servicing, LLC**
Creditor Name

**xxxx5630**
Last Four Digits of Acct.#

**Prior Name and Address where notices should be sent:**
Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

Phone: (800) 315-4757

**Prior Name and Address where payments should be sent:**
Specialized Loan Servicing LLC
PO Box 636007
Littleton, CO 80163

**Current Name and Address where notices should be sent:**
Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

Phone: (800) 315-4757

**Current Name and Address where payments should be sent:**
Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

Dated: 10/13/2020

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Natalie Lea
Natalie Lea
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor

4129-N-0795