United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
George Evan Sholl, Jr.  
George Evan Sholl, Jr.  
    Debtor(s)

Case No. 15-14142-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Adminstra      Page 1 of 2  
Date Rcvd: Nov 16, 2020      Form ID: 195      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George Evan Sholl, Jr., MAILING ADDRESS, P..O. Box 160, Strausstown, PA 19559-0160 |
| db | + | George Evan Sholl, Jr., 98 Main Street, Strausstown, PA 19559-7702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

**Name**      **Email Address**

ANN E. SWARTZ  
     on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com

BRENNA HOPE MENDELSOHN  
     on behalf of Debtor George Evan Sholl  Jr. tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN  
     on behalf of Plaintiff George Evan Sholl  Jr. tobykmendelsohn@comcast.net

CRAIG H. FOX  
     on behalf of Creditor Springleaf Funding Trust 2013-B bankruptcy@foxandfoxlaw.com  
     cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

HAROLD N. KAPLAN

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Nov 16, 2020 | Form ID: 195 | Total Noticed: 2 |

on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com

JILL MANUEL-COUGHLIN
    on behalf of Defendant Bank of America bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

REBECCA ANN SOLARZ
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                         : Chapter 13

George Evan Sholl, Jr.                                                           : Case No. 15−14142−pmm
       Debtor(s)

***ORDER***
_____

AND NOW, this day , November 16, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                           By The Court

                                           Patricia M. Mayer
                                           Judge , United States Bankruptcy Court