**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | George Evan Sholl, Jr., | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bankruptcy No. 15-14142-pmm |

## ORDER

**AND NOW**, upon consideration of the Motion to Reopen Chapter 13 Case filed by Brenna H. Mendelsohn, Esquire, Mendelsohn & Mendelsohn, P.C., counsel for Debtor it is hereby

**ORDERED and DECREED** that the Chapter 13 Case is reopened.

and it is further **ORDERED** that all pleadings regarding a Motion to Avoid Lien shall be filed within 14 days of this Order.

_____
Patricia M. Mayer
United States Bankruptcy Judge