UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    George Evan Sholl, Jr.,    :    Chapter 13
:
Debtor    :    Bankruptcy No. 15-14142-pmm

## ORDER

AND NOW, upon consideration of the Motion to Reopen Chapter 13 Case filed by Brenna H. Mendelsohn, Esquire, Mendelsohn & Mendelsohn, P.C., counsel for Debtor it is hereby

ORDERED and DECREED that the Chapter 13 Case is reopened.

Date: April 15, 2021

_____
Patricia M. Mayer
United States Bankruptcy Judge