UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

In Re:

George Even Sholl, Jr.                                            Case No.: 15-14142-pmm

    Debtor                                                      Chapter 13

George Evan Sholl, Jr.,

    Movant

v.

Specialized Loan Servicing, LLC,

    Respondent

Scott F. Waterman

    Chapter 13 Trustee

_____

Certificate of Service

    Brenna Mendelsohn avers and says she served or caused to be served a true and correct copy of the **DEBTOR'S MOTION FOR CONTEMPT AND SANCTIONS FOR VIOLATION OF ORDER CONFIRMING CHAPTER 13 PLAN AND 11 U.S.C. {362, {524i AND Rule 3002.1, upon the Debtor, the Respondent via US Mail on May 18, 2021.**

**US Trustee- via ECF**

**Scott Waterman- Chapter 13 Trustee- via ECF**

**Specialized Loan Servicing LLC**

**8742 Lucent Blvd, Suite 300**

**Highlands Ranch, CO 80129**


**Toby Wells**

**CEO Sepcialized Loan Servicing, LLC**

Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163-6005

Respectfully submitted,

 /s/ George Scholl, Jr.,

By and through his Attorney,

/s/ Brenna H. Mendelsohn, Esq.

Mendelsohn & Mendelsohn, PC
637 Walnut Street

Reading, PA 19601

Dated: May 18, 2021