IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GEORGE EVAN SHOLL, JR.,<br><br>Debtor<br><br>GEORGE EVAN SHOLL, JR.,<br><br>Movant,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>Respondent,<br><br>SCOTT F. WATERMAN<br><br>Chapter 13 Trustee. | Case No. 15-14142-pmm<br><br>Chapter 13<br><br>Related to Doc. No. 66 |

ORDER OF COURT

AND NOW, this 3rd day of August, 2021, upon consideration of the foregoing Stipulation Resolving the Motion for Contempt, Motion for Sanctions for Violation of Order Confirming Chapter 13 Plan and 11 USC 362,524(i) and Rule 3002, it is hereby ORDERED that the Stipulation is **APPROVED.**

BY THE COURT

*Patricia M. Mayer*

Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge