United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
George Evan Sholl, Jr.  
George Evan Sholl, Jr.  
    Debtors

Case No. 15-14142-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Sep 03, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + George Evan Sholl, Jr., MAILING ADDRESS, P..O. Box 160, Strausstown, PA 19559-0160 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor Ditech Financial LLC ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor George Evan Sholl Jr. tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Plaintiff George Evan Sholl Jr. tobykmendelsohn@comcast.net |
| CRAIG H. FOX | on behalf of Creditor Springleaf Funding Trust 2013-B bankruptcy@foxandfoxlaw.com cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 03, 2021 | Form ID: pdf900 | Total Noticed: 1

JILL MANUEL-COUGHLIN
    on behalf of Defendant Bank of America bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

KERI P EBECK
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

REBECCA ANN SOLARZ
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ESTERN DISTRICT OF PENNSYLVANIA

IN RE:

GEORGE EVAN SHOLL, JR.,

Debtor

GEORGE EVAN SHOLL, JR.,

Movant,

v.

SPECIALIZED LOAN SERVICING, LLC,

Respondent,

SCOTT F. WATERMAN

Chapter 13 Trustee.

Case No. 15-14142-pmm

Chapter 13

Related to Doc. No. 66

ORDER OF COURT

AND NOW, this 3rd day of August, 2021, upon consideration of the foregoing Stipulation Resolving the Motion for Contempt, Motion for Sanctions for Violation of Order Confirming Chapter 13 Plan and 11 USC 362,524(i) and Rule 3002, it is hereby ORDERED that the Stipulation is **APPROVED.**

BY THE COURT

*Patricia M. Mayer*

Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge