## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Geroge Evan Sholl, Jr.,**          :          **Chapter 13**

                                               :

                                               :          **Case No. 15-14142 (PMM)**

                                               :

        **Debtor.**          :

## AMENDED ORDER APPROVING STIPULATION

        **AND NOW** upon consideration of the Stipulation resolving the Motion for Contempt/ Motion for Sanctions for Violation of Order Confirming Chapter 13 Plan (doc. #70, the "Stipulation"), it is hereby **ordered** that the Stipulation is **approved**.

Date:  **September 8, 2021**

                        _____

                        **PATRICIA M. MAYER**
                        **U.S. BANKRUPTCY JUDGE**