United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 15-14142-pmm |
|---|---|
| George Evan Sholl, Jr. | Chapter 13 |
| George Evan Sholl, Jr. | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George Evan Sholl, Jr., MAILING ADDRESS, P..O. Box 160, Strausstown, PA 19559-0160 |
| db | + | George Evan Sholl, Jr., 98 Main Street, Strausstown, PA 19559-7702 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | | Springleaf Funding Trust 2013-B, Fox and Fox Attorneys at Law, P.C., c/o Craig H. Fox, Esquire, 706 One Montgomery Plaza, 425 Swede Street Norristown, PA 19401 |
| cr | + | THE BANK OF NEW YORK MELLON, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:**

**Name**                    **Email Address**

ANN E. SWARTZ
                             on behalf of Creditor Ditech Financial LLC ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

BRENNA HOPE MENDELSOHN

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 6 |

    on behalf of Plaintiff George Evan Sholl Jr. tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
    on behalf of Debtor George Evan Sholl Jr. tobykmendelsohn@comcast.net

CRAIG H. FOX
    on behalf of Creditor Springleaf Funding Trust 2013-B bankruptcy@foxandfoxlaw.com
    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

HAROLD N. KAPLAN
    on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Defendant Bank of America bankruptcy@powerskirn.com

KERI P EBECK
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

REBECCA ANN SOLARZ
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Geroge Evan Sholl, Jr., | : | Chapter 13 |
| | : | |
| | : | Case No. 15-14142 (PMM) |
| | : | |
| Debtor. | : | |

**AMENDED ORDER APPROVING STIPULATION**

**AND NOW** upon consideration of the Stipulation resolving the Motion for Contempt/ Motion for Sanctions for Violation of Order Confirming Chapter 13 Plan (doc. #70, the "Stipulation"), it is hereby **ordered** that the Stipulation is **approved**.

*/Patricia M. Mayer/*

Date:  September 8, 2021

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**