UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: George Evan Sholl, Jr., | Chapter 13 |
| Debtor | Bankruptcy No. 15-14142-pmm |

### `ORDER

AND NOW, upon consideration of the Motion to Reopen Chapter 13 Case filed by Brenna H. Mendelsohn, Esquire, Mendelsohn & Mendelsohn, P.C., counsel for Debtor it is hereby,

ORDERED and DECREED that the Chapter 13 Case is reopened.

**Date: February 10, 2022**

_____
Patricia M. Mayer
United States Bankruptcy Judge