| Date | Phone | Notes |
|---|---|---|
| 10-27 | SLS | Not Home |
| 10-29 | SLS  Home phone | Felicia - "Calling to collect debt" Told call my lawyer |
| 10-30 | SLS | Recording |
| 11-4 | SLS | Recording - Important to Return call |
| 11-24 | cell | Recording |
| 11-29 | cell | |
| 12-6 | cell | |
| 12-8 | cell | |
| 12-10 - called 3 times | | Didn't answer |
| 12-14 | cell | Recording - Jim  ID 19699 |
| 12-16 | cell | Recording - Jim |
| 12-20 | cell | Recording - Jim |
| 1-4-22 | | Recording - Jim |
| 1-6-22 | | - No message - |
| 1-10-22 | | Spoke w/ Felicia she asked for George Sholl OR "Linda Sholl" - Told her there is NO Linda Sholl & she's NOT on loan only Geo. Can talk to Geo or Tracy only and "No you cannot talk to us call our lawyer" |

Ex. "E"