UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

In Re: George Even Sholl, Jr.                                              Case No.: 15-14142-pmm

Debtor                                                                                    Chapter 13

George Evan Sholl, Jr.,

Movant v.

Specialized Loan Servicing, LLC,

Respondent

Scott F. Waterman

Chapter 13 Trustee

**ORDER ON DEBTOR'S AMENDED MOTION FOR CONTEMPT AND SANCTIONS FOR VIOLATION OF ORDER CONFIRMING CHAPTER 13 PLAN AND 11 U.S.C. {362, {524 i and Rule 3002 AND STIPULATED ORDER DATED 9/8/21**

AND NOW, upon Hearing thereon, the Court issues the following Order:

A. Find that Specialized Loan Servicing is in contempt of this Court's Stipulation Order settling the prior Motion for Contempt and Sanctions dated 9/8/21.

B. Find that Specialized Loan Servicing has violated 11 U.S.C. {326 and {524 I and rule 3001.2.

C. Order Specialized Loan Servicing, within 30 days, to provide and file with the Court, a revised accounting of all mortgage funds received and applied, from August 1, 2021, until the present, to prove that they have properly applied all payments.

D. Order Specialized Loan Servicing, immediately cease any negative payment history reporting to any or all the 3 major credit bureaus.

E. Award the Debtor and his non filing spouse punitive damages for the contempt of the Stipulation for a sum to be determined by the Court, for the continued improper accounting, harassment via telephone and mail, emotional distress, including sanctions for each violation.

F. Award the Mortgage be Satisfied, and the Note fully Discharged.

G. Award the Debtor reimbursement of all costs and expenses to bring this action and reopen the Bankruptcy.

H. Award the Debtor's counsel reasonable legal fees, in an amount to be determined by the Court.

I. Order Specialized Loan Servicing, within 60 days, to provide an updated Mortgage Statement to Debtor and Counsel, showing the Default has been cured, and

J. For whatever other relief the Court deems just and proper under the circumstances.

BY THE COURT

_____
Patricia M. Mayer
United States Bankruptcy Judge