# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  George Evan Sholl, Jr., | : | Chapter 13 |
| | : | |
| | : | Case No.   15-14142 (PMM) |
| | : | |
| Debtor. | : | |

## O R D E R

**AND NOW**, upon consideration of the Amended Motion for Contempt and Sanctions ("the Motion") (Doc. # 85);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed, see doc. # 91;

It is hereby **ORDERED** that:

1. On or before **June 1, 2022**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

*Patricia M. Mayer*

**Date:  5/17/22**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**