UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| George Evan Sholl, Jr. | : | Bky. No. 15-14142-pmm |
| | : | |
| Debtors | : | |

### ORDER

AND NOW, it appearing that the above referenced case was reopened, and, it further appearing that administration of this case has been completed, it is,

ORDERED, that the above referenced case is hereby CLOSED.

**Date: June 8, 2022**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE